UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 1:15-cr- |
| MICHAEL BOUGIE ) | |
| ) | |

INDICTMENT

The Grand Jury Charges:

COUNT ONE
[Unlawful Distribution of Oxycodone]
[21 U.S.C. § 841(a)(1)]

On or about May 5, 2014, in the District of New Hampshire, the defendant,

MICHAEL BOUGIE

did knowingly, intentionally and unlawfully distribute quantities of oxycodone, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury Further Charges:

## COUNT TWO
[Unlawful Distribution of Oxycodone]
[21 U.S.C. § 841(a)(1)]

On or about May 12, 2014, in the District of New Hampshire, the defendant,

MICHAEL BOUGIE

did knowingly, intentionally and unlawfully distribute quantities of oxycodone, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury Further Charges:

COUNT THREE
[Unlawful Distribution of Oxycodone]
[21 U.S.C. § 841(a)(1)]

On or about May 19, 2014, in the District of New Hampshire, the defendant,

MICHAEL BOUGIE

did knowingly, intentionally and unlawfully distribute quantities of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).


Dated: July 1, 2015                                    A TRUE BILL


                                                       /s/ Foreperson
                                                       FOREPERSON


                                                       DONALD FEITH
                                                       Acting United States Attorney

                                                       /s/ Jennifer C. Davis
                                                       Jennifer C. Davis
                                                       Assistant U.S. Attorney