UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:15-cr- |
| MICHAEL BOUGIE | ) | |

_____

## UNITED STATES' MOTION TO SEAL

The government respectfully requests that that the Honorable Court order that the Indictment, and all docket entries relating thereto, be sealed at Level I, pursuant to Local Rule 83.11(b)(2), until such time as the defendant is taken into custody.   The defendant has been indicted as part of an ongoing investigation into a drug trafficking conspiracy.   As such, if the defendant was to become aware of the charges prior to his apprehension, it may comprise the investigation and may cause the defendant to flee.

DONALD FEITH
Acting United States Attorney


/s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney

Dated:   July 1, 2015