UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    Cr. No. 15-

Michael Bougie

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 1st day of July, 2015.

This 1st day of July, 2015.

                    DONALD FEITH
                    Acting United States Attorney


                    /s/ Jennifer C. Davis
                    Jennifer C. Davis
                    Assistant U.S. Attorney


WARRANT ISSUED: _____