AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2015 JUL 2 PM 1 16

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL BOUGIE | ) | Case No. 15-cr-102-01-LM |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL BOUGIE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Distribution of Oxycodone

Date: 7/2/2015

_Kathy DuPont_
Issuing officer's signature

_Kathy DuPont Deputy Clerk_
Printed name and title

City and state:   Concord, New Hampshire

---

### Return

This warrant was received on *(date)* 7/2/15, and the person was arrested on *(date)* 10/6/15
at *(city and state)* ROCHESTER, NH.

Date: 10/6/15

_[signature]_
Arresting officer's signature

_Jamie Berry DUSM_
Printed name and title