UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                     Case No: 15-CR-102-LM

MICHAEL BOUGIE

## ASSENTED TO MOTION TO CONTINUE FINAL PRE-TRIAL AND TRIAL

NOW COMES the defendant, Michael Bougie, by and through counsel, and hereby moves this Court to continue his November 24, 2015 Final Pre-Trial and his December 8, 2015 Trial to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Final Pre-Trial on November 24, 2015, at 2:30 p.m. and for his Trial on December 8, 2015 at 9:30 a.m.;

2. The Defendant is currently enrolled in a Substance Abuse Program at Phoenix House in Dublin, NH;

3. This makes is difficult for the Defendant to appear at the Final Pre-Trial on November 24, 2015, at 2:30 p.m. and for his Trial on December 8, 2015 at 9:30 a.m. in this Court;

4. That Prosecutor, Assistant U.S. Attorney Jennifer Davis, has been contacted and assents to this Motion to Continue Final Pre-Trial and Trial.

WHEREFORE, the defendant, Michael Bougie, respectfully requests that this Court grant this Motion to Continue and continue his Final Pre-Trial and Trial to a later date.

                                               Respectfully submitted
                                               Michael Bougie,
                                               By his Attorney,

Date:   November 20, 2015              _____*Paul Garrity*_____
                                       Paul J. Garrity
                                       Bar No. 905
                                       14 Londonderry Road
                                       Londonderry, NH 03053
                                       603-434-4106


CERTIFICATE OF SERVICE

    I, Paul J. Garrity, herein certify that on this 20$^h$ day of November, 2015, a copy of the within Motion to Continue Final Pre-Trial and Trial was e-filed for Prosecutor, U.S. Assistant Attorney Jennifer Davis, and mailed, postage pre-paid, to Michael Bougie.

                                       _____*Paul Garrity*_____
                                       Paul J. Garrity