UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                            Criminal No. 15-cr-102-01-LM

<u>Michael Bougie</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to January 28, 2016 at 11:30 AM; Trial is continued to the two-week period beginning February 2, 2016, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: November 23, 2015

cc:   Paul J. Garrity, Esq.
       Jennifer C. Davis, Esq.
       U.S. Marshal
       U.S. Probation