UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Michael Bougie

Criminal No. 15-cr-102-01-LM

O R D E R

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Final Pretrial is rescheduled to March 25, 2016 at 10:00 AM; Trial is continued to the two-week period beginning April 5, 2016, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: January 21, 2016

cc:   Paul J. Garrity, Esq.
      Jennifer C. Davis, Esq.
      U.S. Marshal
      U.S. Probation