UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2016 FEB -1  A 11: 19

UNITED STATES OF AMERICA

V.                                  DOCKET NO. 1:15-cr-00102-LM

MICHAEL BOUGIE

## WAIVER OF SPEEDY TRIAL

I, Michael Bougie, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently, and voluntarily.

DATE: 1/23/2016

_____
Michael Bougie

_____
Paul J. Garrity

**PAUL J. GARRITY**

Attorney At Law

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2016 FEB -1 A 11: 19

14 Londonderry Road
Londonderry, NH 03053
(603)434-4106
(603)434-9356
FAX: (603)437-6472

160 Old Derby Street
Suite 4560
Hingham, MA 02043
(617)268-2999

January 28, 2016

US District Court of NH
Attn: Criminal Division
55 Pleasant Street
Concord, NH 03301

RE:   US v. MICHAEL BOUGIE
      Docket No: 15-cr-00102-LM

Dear Sir/Madam:

Enclosed please find a copy of a **Waiver of Speedy Trial** in regards to the matter referenced above. If you have any questions please feel free to contact our office. Thank you for your attention on this matter. Please have a good day.

Sincerely,

Paul J. Garrity

PJG/kld
Enc.

2016 FEB -1 A 11: 19
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED