UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                          NO: 1:15-cr-00102-LM

MICHAEL BOUGIE

### ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, Michael Bougie, by and through counsel, and hereby moves this Court to continue his August 25, 2016 Sentencing Hearing for an additional thirty (30) days.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled to appear in this Court for his Sentencing Hearing on August 25, 2016 at 2:00 p.m..;

2. However, the undersigned counsel is scheduled for a Trial, <u>State v. K. Marin</u>, that is scheduled to start on August 15, 2016 at the Hillsborough Superior Court Southern District and is expect to last at least two (2) weeks. K. Marin is being charged with murder;

3. That the Prosecutor, Assistant US Attorney Jennifer Davis, has been contacted and assents to this Motion to Continue.

4. Additionally, Assistant US Attorney Jennifer Davis requested that the undersigned counsel inform this Court that she is unavailable September 13, 2016 through September 16, 2016.

WHEREFORE, the Defendant, Michael Bougie, respectfully requests that this Court grant this Motion to Continue and continue his Sentencing Hearing for an additional thirty (30) days.

                              Respectfully submitted
                              Michael Bougie,
                              By his Attorney,

Date:   July 25, 2016            /s/ Paul J. Garrity
                                    Paul J. Garrity
                                    Bar No. 905
                                    14 Londonderry Road
                                    Londonderry, NH 03053
                                    603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 25th day of July, 2016, a copy of the within Assented Motion to Continue was e-filed for Assistant US Attorney Jennifer Davis.

                                                /s/ Paul J. Garrity
                                              Paul J. Garrity