Acknowledgment – Sentencing Options and Supervision Conditions

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**SEP 30 2016**

**FILED**

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

<u>Michael Bougie</u>
Defendant

Case Number: <u>15-CR-102-01-LM</u>

I, <u>Michael Bougie</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 9/30/16

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)